UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

IN RE: Saul C. Cohen

M.B.D.# 04 MBD 10014

**ORDER OF TERM SUSPENSION**

PER CURIAM

January 11, 2004

    The Court having been advised that Saul C. Cohen has been suspended by the Supreme Judicial Court from the practice of law at the bar of the Commonwealth of Massachusetts for a period of 3 Months, Saul C. Cohen is likewise forthwith suspended from the practice of law at the bar of the United States District Court for the District of Massachusetts for a like period.

    Should Saul C. Cohen desire to invoke the procedures and make the showing required by Local Rule 83.6(2)(B)(ii), the Court shall be informed within 30 days of the date of this order and the Court will schedule a hearing thereon within 15 days following such notification as required by the Local Rule.

    Upon notification of action taken by Saul C. Cohen to invoke such procedures the Court will consider imposing reciprocal discipline pursuant to Local Rule 83.6(2)(C).

    Saul C. Cohen shall forthwith notify clients and opposing counsel in any cases now pending in this court and the Bankruptcy Court in this District of this order of term suspension.

Date January 12, 2004

/s/ William G. Young
District Judge